**People of the State of Illinois, Defendant in Error, v. Frank Dismukes (Impleaded), Plaintiff in Error.**

**Gen. No. 52,009. (Abstract of Decision.)**

First District, Third Division.

December 21, 1967.

Irwin S. Thall, of Chicago, for plaintiff in error; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge Hersey, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**